C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Linda B. Paige        xxx-xx-9139        )        **Motion and Order**
                                                 )        **Chapter 13**
                                                 )
                                                 )        No. B-10-80791 C-13D
                            Debtor               )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Plan provided that in the event the Debtor defaulted in any Plan payment for 30 or more days, the Debtor's case would be automatically dismissed **WITH PREJUDICE** for 180 days. The Debtor's last payment was for May, 2011, and the Debtor is delinquent a total of $830.00.

The Standing Trustee respectfully recommends to the Court that this case be automatically dismissed for nonpayment without further hearing and the dismissal shall be **WITH PREJUDICE** so as to bar the Debtor from seeking relief under Chapter 13 by the filing of a Chapter 13 petition or otherwise seeking relief under Chapter 13 for a period of 180 days from the date of the dismissal.

Date:  August 24, 2011                                    s/Richard M. Hutson, II
       ej                                                 Richard M. Hutson, II, Standing Trustee

---

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-80791 C-13D**

Linda B. Paige
810 A Sheffield Dr.
Siler City, NC 27344

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
US Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402